## STATE OF CONNECTICUT *v.* SHERI PAIGE

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 717 (AC 27986), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the defendant waived any challenge to the jury instruction regarding the materiality of the defendant's testimony at a deposition?"

KATZ, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18495.

*Alexander H. Schwartz,* in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided November 17, 2009

## STATE OF CONNECTICUT *v.* THOMAS W.

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 467 (AC 29003), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the defendant waived his claim that the trial court's instruction regarding reasonable doubt unfairly diluted the state's burden of proof?"

The Supreme Court docket number is SC 18496.

*William B. Westcott,* special public defender, in support of the petition.

*Nancy L. Chupak,* senior assistant state's attorney, in opposition.

Decided November 17, 2009